

In the Matter of the Arbitration between KNICKERBOCKER TEXTILE CORPORATION and SHEILA-LYNN, INC. KNICKERBOCKER TEXTILE CORPORATION, Respondent; SHEILA-LYNN, INC., Appellant.— Order, so far as appealed from, unanimously modified by adding thereto a direction that Herman Chopak and Abraham Antman be examined before an official referee as to whether they were approached or influenced between the date of the unanimous oral determination, to wit, November 27, 1940, and the date of the final written award, to wit, December 9, 1940, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRIET GROSS, Appellant, v. PREMIER AMUSEMENTS CORPORATION and Others, Respondents.— Order denying plaintiff's motion for summary judgment against the defendants and granting the cross-motion of defendant Jacob H. Levine for summary judgment against the plaintiff unanimously affirmed, with twenty dollars costs and disbursements. In its opinion the court at Special Term erroneously stated that the complaint was dismissed as to all defendants. This was undoubtedly an inadvertence since only the defendant Jacob H. Levine had made a cross-motion for summary judgment dismissing the complaint. As to whether there is a cause of action stated in the complaint against the corporation we do not decide, as that question is not now before us. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of JOHN J. TANGNEY and 113 Others Similarly Situated, Respondents, for an Order under Article 78, Civil Practice Act, against WILLIAM HODSON, Commissioner of Welfare of the City of New York, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Real Property Extending from Eastern Boulevard and Ferris Avenue to the Westerly Pier and Bulkhead Line of the Hutchinson River Near Allerton Avenue for the HUTCHINSON RIVER PARKWAY EXTENSION, and a Site Bounded by Edison Avenue, Waterbury Avenue, Bradford Avenue and LaSalle Avenue, as a Public Park, in the Borough of The Bronx, City of New York, etc. CURTISS-WRIGHT CORPORATION, Claimant, Appellant; THE CITY OF NEW YORK, Respondent.— Final decree unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon and Cohn, JJ.

IRENE GOWEN OSBORNE, Appellant, and WILLIAM NELSON, Plaintiff, v. LOUISE M. TAYLOR, Also Known as LOUISE M. TAYLOR NORTH, and GERALD NORTH, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ADELE M. O'KEEFE, Respondent, v. THOMAS W. BRIGGS, Appellant.— Order granting plaintiff's motion to strike out answer and for summary judgment unanimously reversed, with ten dollars costs and disbursements, and the motion denied, on the ground that there are questions of fact for determination on a trial of all the issues. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ADELE M. O'KEEFE, Respondent, v. THOMAS W. BRIGGS, Appellant.— Order denying defendant's cross-motion for summary judgment and to vacate warrant

of attachment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Sol Kaplan, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Florence Bures, Plaintiff, and W. T. La Gosh, Plaintiff-Respondent, v. The Reichsbank, Sometimes Known, Referred to and Designated as the "Reichsbank," and the "Reichsbank-Direktorium," Appellant.— Judgment and orders unanimously reversed, with costs, and the motion for summary judgment denied, on the ground that there are issues of fact which may be determined only upon a trial of the action. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

John Roth, Respondent, v. The Reichsbank, Sometimes Known, Referred to, and Designated as the "Reichsbank," and the "Reichsbank-Direktorium," Appellant.— Judgment and orders unanimously reversed, with costs, and the motion for summary judgment denied, on the ground that there are issues of fact which may be determined only upon a trial of the action. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Harry Cohen, Respondent, v. John E. Sheehy, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Untermyer and Cohn, JJ.

President and Directors of the Manhattan Company, Appellant, v. Mutual Trust Company of Westchester County, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Esbeco Distilling Corporation, Petitioner, to Review an Order of Henry E. Bruckman and Others, Constituting the State Liquor Authority of the State of New York, Respondents, Which Order Cancels a License Heretofore Issued to Said Esbeco Distilling Corporation to Conduct a Wholesale Liquor Business.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Margaret Plunkett, as Administratrix, etc., of Christopher J. Plunkett, Deceased, Respondent, v. William K. Dick and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Hygall Clothing Co., Inc., on Behalf of Itself and All Other Creditors of Harry Katz's Clothes, Inc., Similarly Situated, Respondent, v. Harry Katz's Clothes, Inc., and Others, Appellants, Impleaded with Another, Defendant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Golden Packing Co., Inc., Respondent, v. Superior Packing Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Peter Vicari, Appellant, v. Moe Kahn, Defendant, Impleaded with Christopher Wright, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.